

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ruby Dee Isaacs, Appellant

No. 06-25-00048-CR     v.

The State of Texas, Appellee

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 25,321-2023). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and bill of costs to show that the sheriff's reimbursement fee is $170.00 instead of $360.00. As modified, we affirm the judgment of the trial court.

We note that the appellant, Ruby Dee Isaacs, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 5, 2026
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk